NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASETEK DANMARK A/S,**
*Appellant*

**v.**

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2022-1049

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00522.

---

**SUA SPONTE**

---

Before TARANTO, CHEN, and HUGHES, *Circuit Judges*.

PER CURIAM.

## O R D E R

The present case was stayed in light of the Final Written Decision of the Patent Trial and Appeal Board in

*Shenzhen Apaltek Co., Ltd. v. Asetek Danmark A/S*, No. IPR2022-01318, 2024 WL 233409 (P.T.A.B. Jan. 22, 2024), which held unpatentable all claims of U.S. Patent No. 10,078,355 that were at issue in this case. Asetek expressed an intent not to appeal, and no appeal was in fact taken of, that final written decision during the now-expired period for appeal. We consequently hereby lift the stay of this case and dismiss the present appeal as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 7, 2024
Date